# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0689. VARNEAL MACK, JR. v. U.S. BANK TRUST NATIONAL ASSOCIATION, SOLELY AS OWNER TRUSTEE OF VRMTG ASSET TRUST.**

The magistrate court granted a writ of possession to U. S. Bank Trust National Association, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust ("U. S. Bank"), against Varneal Mack, Jr., and Mack filed a petition for review in the superior court.[1] The superior court dismissed the petition for review and remanded the case to the magistrate court so that a writ of possession could be executed in favor of U. S. Bank. Mack then filed a notice of appeal from the superior court's order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . lower courts by petition for review" must be made by filing an application for discretionary appeal in this Court. See also *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001) (construing former OCGA § 5-6-35 (a) (1)). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d

---

[1] Effective July 1, 2023, the process of appealing from lower court adjudications to superior courts was overhauled and simplified. See OCGA § 5-3-1 et seq.

0) (1996). Because Mack did not follow the discretionary appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __01/25/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*